JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL VANLEEUWEN,<br><br>　　　　　　　Petitioner,<br><br>　　　　v.<br><br>WARDEN,<br><br>　　　　　　　Respondent. | Case No. EDCV 21-1593-SVW (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Action Without Prejudice, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated:　November 15, 2021

_____
HONORABLE STEPHEN V. WILSON
United States District Judge